UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
DS-1910
Attorney for the Debtor(s)

**Order Filed on April 17, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Joseph A. & Karen C. Roccisano

Case No.:   14-28155/JKS

Chapter:    13

Hearing Date:   April 12, 2018

Judge:   JKS

ORDER EXPUNGING PROOF OF CLAIM OF  PNC BANK, NA

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 17, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:  Joseph A. & Karen C. Roccisano
Case No. Case No. 14-28155/JKS
Caption of Order: Order Expunging Proof of Claim of PNC Bank, NA

This matter having been opened to the Court by Dean G. Sutton, Esq., attorney for the Debtors and Dean G. Sutton having appeared on the behalf of the Debtors and good cause having been shown;

It is ORDERED, that Claim No. 4-1 filed by PNC Bank, National Association, ("PNC") on 10/20/2014 in the amount of $49,275.86 is hereby expunged, and it is further

ORDERED, that this debt having been forgiven, PNC, and/or its successors or assigns shall not be entitled to a claim for this debt, be it secured or unsecured.